IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA                     :
                                             :
            V.                               : CRIM. NO. 00-23 Erie
                                             :
JAMES W. PRIOR                               :
                                             :

## O R D E R

AND NOW, this **8**th day of February, 2006, it appearing to the Court that the above-

captioned case has been terminated with no pending appeals, IT IS HEREBY ORDERED that

the pleadings/case impounded in the Office of the Clerk of Court be returned to the closed filing

system of the Clerk's Office.

The pleadings/case is to remain sealed with a copy of this Order attached to the envelope

and to the file folder.  Anyone desiring to view the impounded pleadings/case shall file a request

with the Clerk with notification to all parties.  This file/pleading is to remain sealed for the next

**20** years.

                Document: 13

                                    _____
                                    US District Judge Maurice B. Cohill